◼ JANE H. McMURRAY, Respondent, v. JOHN R. McMURRAY, Appellant.— Judgment to the extent appealed from, unanimously affirmed, with $50 costs and disbursements to appellant. Defendant apparently remains personally liable on a loan secured by mortgage on the subject property, and may possibly be personally liable on other obligations secured by lien, charge or encumbrance on the

property. It is equitable, if desired, that plaintiff agree to hold defendant harmless against any such liabilities, and the order to be entered hereon may provide for such agreement. Settle order on notice. Concur — Botein, P. J., Stevens, Capozzoli, Rabin and McNally, JJ.